IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,                        No. CIV S-09-2301 GEB KJM

    vs.

MARCO GOMEZ, et al.,

    Defendants.               <u>ORDER</u>

/

        Plaintiff's motion for default judgment is pending before the court. Upon review of the documents in support of the motion, the court finds entry of default judgment should not be granted at this time.

        In this action, plaintiff seeks default judgment against defendants Gomez and Souvannakane, who appear to be employees of a hair salon. There is no evidence submitted to the court that the named defendants are anything other than employees of the hair salon or that the named defendants are liable for the alleged violations of the ADA. Moreover, the summons was delivered to another employee of the salon; there is no evidence that proper service has been effected on defendants Gomez and Souvannakane under Federal Rule of Civil Procedure 4.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The entry of default (docket no. 11) is vacated; and

2. Plaintiff's motion for default judgment (docket no. 19) is denied without prejudice.

DATED: March 10, 2010.

_____
U.S. MAGISTRATE JUDGE

006
johnson-gomez.def